

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Michael Mark Martin, Richard Scott Martin, Jeffrey Webb Martin, Individually and on Behalf of Network Operator Services, Inc., a Texas Corporation, Appellants

No. 06-19-00093-CV          v.

Ron Hutchison, Tony Cason, Tim Martin, and Ronnie Martin, Appellees

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2019-601-B).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, Ron Hutchison, Tony Cason, Tim Martin, and Ronnie Martin pay all costs of this appeal.

RENDERED NOVEMBER 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk